NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEAR WITH COMPUTERS, LLC,**
*Plaintiff-Appellee,*

**v.**

**HYUNDAI MOTOR AMERICA, INC.,**
*Defendant-Appellant.*

---

2012-1291

---

Appeal from the United States District Court for the Eastern District of Texas in No. 09-CV-0479, Chief Judge Leonard Davis.

---

**JUDGMENT**

---

MARC A. FENSTER, Russ August & Kabat, of Los Angeles, California, argued for plaintiff-appellee. With him on the brief were JULES L. KABAT, ALEXANDER C.D. GIZA, ADAM S. HOFFMAN and BENJAMIN WANG. Of counsel were JAMES A. FUSSELL, III., Spangler & Fussell P.C., of Alexandria, Virginia., and ANDREW W. SPANGLER, Spangler Law, P.C., of Longview, Texas.

GENE C. SCHAERR, Winston & Strawn, LLP, of Washington, DC, argued for defendant-appellant. With him on the brief were GEOFFREY P. EATON and JACOB R. LOSHIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2013          /s/ Jan Horbaly
Date                              Jan Horbaly
                                      Clerk